# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 06-17255 |
| WONG, DANIEL | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 12/28/2006 . The undersigned trustee was appointed on 12/28/2006 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 17,073.86 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 0.00 |
| Payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Leaving a balance on hand of | $ | 17,073.86 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 06/13/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,457.39 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,457.39 , for a total compensation of $ 2,457.39 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 31.32 , for total expenses of $ 31.32 .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 06/26/2009                By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (4/1/2009) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page 1
Exhibit A

| Case No: | 06-17255 JBS Judge: JACK B. SCHMETTERER | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | WONG, DANIEL | Date Filed (f) or Converted (c): | 12/28/06 (f) |
|  |  | 341(a) Meeting Date: | 01/25/07 |
| For Period Ending: 06/12/09 |  | Claims Bar Date: | 06/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE (TOWNHOME) LOCATION: 2229 S. STEWART AVE | 183,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2. MISC. CASH ON HAND | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. CHARTER ONE BANK - CHECKING ACCOUNT | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. WASHINGTON MUTUAL BANK - CHECKING ACCOUNT | 75.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. MISC. HOUSEHOLD GOODS: SOFA, (2) TELEVISIONS, VCR, | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. MISC. BOOKS, PICTURES, (100) CDS, (60) DVDS (DEBTO | 175.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. USED PERSONAL CLOTHING | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. RING | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 9. BICYCLE | 50.00 | 0.00 | DA | 0.00 | 0.00 |
| 10. PENSION / 401(K) WITH EMPLOYER - 100% EXEMPT | 41,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11. POSSIBLE 2006 IRS AND STATE OF ILLINOIS TAX REFUND | 1,800.00 | 0.00 | DA | 0.00 | 0.00 |
| 12. 1999 LEXUS RX 300 (127,000 MILES) | 8,480.00 | 0.00 | DA | 0.00 | 0.00 |
| 13. 1991 TOYOTA CAMRY (157,000 MILES) | 625.00 | 0.00 | DA | 0.00 | 0.00 |
| 14. 1994 DODGE CARAVAN (167,000 MILES) | 510.00 | 0.00 | DA | 0.00 | 0.00 |
| 15. 1975 YAR CRAFT | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 16. FAMILY PET | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 17. SETTLEMENT PREFERENCE (CHASE) (u) | 0.00 | Unknown |  | 7,602.49 | FA |
| 18. SETTLEMENT PREFERENCE (CAPITAL ONE) (u) | 0.00 | Unknown |  | 9,410.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 61.37 | Unknown |

TOTALS (Excluding Unknown Values)    $238,715.00    $0.00    $17,073.86    Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 06/30/09

/s/    R. SCOTT ALSTERDA, TRUSTEE
_____ Date: 06/26/09
R. SCOTT ALSTERDA, TRUSTEE

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 06-17255 -JBS |
| Case Name: | WONG, DANIEL |
| Taxpayer ID No: | *******1204 |
| For Period Ending: | 06/12/09 |

| Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5197 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/07 | 17 | First USA Bank, N.A. P.O. Box 15062 Wilmington, DE 19850 | Settlement Funds (Chase) | 1241-000 | 7,602.49 | | 7,602.49 |
| 09/28/07 | 18 | Capital One Services, Inc. PO Box 85508 Richmond, VA 23285-5508 | Settlement Funds (Capital One) | 1241-000 | 9,410.00 | | 17,012.49 |
| 10/31/07 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 9.97 | | 17,022.46 |
| 11/30/07 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 9.09 | | 17,031.55 |
| 12/31/07 | 19 | BANK OF AMERICA, N.A | Interest Rate 0.500 | 1270-000 | 8.14 | | 17,039.69 |
| 01/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 6.75 | | 17,046.44 |
| 02/29/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.05 | | 17,050.49 |
| 03/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.03 | | 17,054.52 |
| 04/30/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.49 | | 17,058.01 |
| 05/30/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.16 | | 17,060.17 |
| 06/30/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.11 | | 17,062.28 |
| 07/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.17 | | 17,064.45 |
| 08/29/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.16 | | 17,066.61 |
| 09/30/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.11 | | 17,068.72 |
| 10/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.66 | | 17,070.38 |
| 11/28/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.40 | | 17,071.78 |
| 12/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.86 | | 17,072.64 |
| 01/30/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 17,072.78 |
| 02/27/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 17,072.91 |
| 03/31/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,073.06 |
| 04/30/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 17,073.43 |
| 05/29/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 17,073.86 |

Total Of All Accounts    17,073.86

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 06-17255 | | Page 1 | | Date: June 26, 2009 |
| Debtor Name: WONG, DANIEL | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 001 3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $6,979.00 | $0.00 | $6,979.00 |
| 000007 001 3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $133.64 | $0.00 | $133.64 |
| 000008 001 2700-00 | Clerk of The US Bankruptcy Court<br>219 S. Dearborn Street<br>Room 713<br>Chicago, Illinois 60602 | Administrative | | $250.00 | $0.00 | $250.00 |
| 000009 001 2700-00 | Clerk of The US Bankruptcy Court<br>219 S. Dearborn Street<br>Room 713<br>Chicago, Illinois 60602 | Administrative | | $250.00 | $0.00 | $250.00 |
| 000001 070 7100-00 | Chicago Muni. Emp. Credit Union<br>Walinski and Trunkett PC<br>25 E Washington Ste 1221<br>Chicago, IL 60602 | Unsecured | | $12,604.93 | $0.00 | $12,604.93 |
| 000002 070 7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000003 070 7100-00 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004 070 7100-00 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $354.76 | $0.00 | $354.76 |
| 000005 080 7200-00 | American InfoSource LP as agent for<br>FIA Card Services, NA/Bank of America<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | | $29,348.05 | $0.00 | $29,348.05 |
| | Case Totals: | | | $49,920.38 | $0.00 | $49,920.38 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-17255
Case Name: WONG, DANIEL
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: R. SCOTT ALSTERDA, TRUSTEE | $ 2,457.39 | $ 31.32 |
| Attorney for trustee: Ungaretti & Harris LLP | $ 6,979.00 | $ 133.64 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: Clerk of The US Bankruptcy Court | $ 250.00 | $ 0.00 |
| Fees: | $ | $ |
| Other: Clerk of The US Bankruptcy Court | $ 250.00 | $ 0.00 |
| Other: | $ | $ |

UST Form 101-7-TFR (4/1/2009) *(Page 6)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,959.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chicago Muni. Emp. Credit Union | $ 12,604.93 | $ 6,781.64 |
| 000002 | Chase Bank USA, N.A. | $ 0.00 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Chase Bank USA, N.A. | $ 0.00 | $ 0.00 |
| 000004 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA/HSBC Card Services III | $ 354.76 | $ 190.87 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | American InfoSource LP as agent for FIA Card Services, NA/Bank of America | $ 29,348.05 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.