# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | Case No. 06-17255 |
|---|---|---|
| WONG, DANIEL | § | |
| | § | |
| Debtors | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 17,073.86 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance of* | $ | 17,073.86 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: R. SCOTT ALSTERDA, TRUSTEE | $ 2,457.39 | $ 31.32 |
| Attorney for trustee: Ungaretti & Harris LLP | $ 6,979.00 | $ 133.64 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

UST Form 101-7-NFR (4/1/2009) (Page 1)

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Charges: Clerk of The US Bankruptcy Court | $ 250.00 | $ 0.00 |
| Fees: | $ | $ |
| Other: Clerk of The US Bankruptcy Court | $ 250.00 | $ 0.00 |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,959.69 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.8 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (4/1/2009) (Page 2)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | Chicago Muni. Emp. Credit Union | $ 12,604.93 | $ 6,781.64 |
| *000002* | Chase Bank USA, N.A. | $ 0.00 | $ 0.00 |
| *000003* | Chase Bank USA, N.A. | $ 0.00 | $ 0.00 |
| *000004* | eCAST Settlement Corporation *assignee of* HSBC Bank Nevada NA/HSBC Card Services III | $ 354.76 | $ 190.87 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000005* | American InfoSource LP as *agent for* FIA Card Services, NA/Bank of America | $ 29,348.05 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

KENNETH S. GARDNER
CLERK OF THE COURT

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/27/2009 in Courtroom 682,

United States Courthouse

219 S. Dearborn Street

Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/26/2009          By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                                        Trustee


*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA, 70 WEST MADISON AVENUE, CHICAGO, IL 60602-4283*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sburton              Page 1 of 1                  Date Rcvd: Jul 23, 2009
Case: 06-17255                 Form ID: pdf006            Total Noticed: 23

The following entities were noticed by first class mail on Jul 25, 2009.
db             Daniel Wong,   2229 S. Stewart Avenue, Unit A,   Chicago, IL 60616-4429
aty            Alex Pirogovsky,   Ungaretti & Harris LLP,   3500 Three First National Plaza,
                Chicago, IL  60602
aty            Ungararetti & Harris LLP,   3500 Three First National Plaza,   Chicago, IL  60602
aty           +Xiaoming Wu,   Ledford & Wu,   200 S Michigan Ave Ste 209,   Chicago, IL 60604-2406
tr             R Scott Alsterda,   Ungaretti & Harris LLP,   3500 Three First National Plaza,
                Chicago, IL  60602
13072877      +AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA Card Services, NA/Bank of America,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11083883      +Action Card / Bank First,   245 Perimeter Center Parkway,   Atlanta, GA 30346-2305
11083884       Action Card / Bankfirst,   PO Box 5052,   Sioux Falls, SD 57117-5052
11083885      +Aspire / CB&T,   PO Box 105555,   Atlanta, GA 30348-5555
11083887      +Capital One Bank,   11013 W. Broad St.,   Glen Allen, VA 23060-5937
11083886      +Capital One Bank,   PO Box 85520,   Richmond, VA 23285-5520
11083888      +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11269801      +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
11083889      +Chicago Muni. Emp. Credit Union,   Walinski and Trunkett PC,   25 E Washington Ste 1221,
                Chicago, IL 60602-1758
11083891       Citibank,   Citicorp Credit Services, Inc.,   PO Box 6003,   Hagerstown, MD 21747-6003
11083890      +Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
11083892      +Countrywide Home Loans,   450 American Street,   Simi Valley, CA 93065-6285
11083894       Countrywide Home Loans,   Bankruptcy Department,   PO Box 209,   Plano, TX 75024
11083895      +HSBC NV,   PO Box 19360,   Portland, OR 97280-0360
11083896      +MBNA America Bank,   PO Box 17054,   Wilmington, DE 19850-7054
11312636       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
                POB 35480,   Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Jul 23, 2009.
11083897      +Fax: 866-419-3894 Jul 24 2009 00:09:09      US Cellular,   PO Box 7835,   Madison, WI 53707-7835
11083898      +Fax: 866-419-3894 Jul 24 2009 00:09:09      US Cellular,   PO Box 0203,   Palatine, IL 60078-0203
                                                                                                 TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           R Scott Alsterda,   Ungaretti & Harris LLP,   3500 Three First National Plaza,
                Chicago, IL  60602
11083893*     +Countrywide Home Loans,   450 American St.,   Simi Valley, CA 93065-6285
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 25, 2009**          **Signature:**  *Joseph Speetjens*