UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
WONG, DANIEL                        §   Case No. 06-17255
                                    §
         Debtor(s)                  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 238,715.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 6,973.85 | Claims Discharged Without Payment: 22,728.96 |
| Total Expenses of Administration: 10,101.35 | |

3) Total gross receipts of $ 17,075.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 17,075.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,101.35 | 10,101.35 | 10,101.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 52,378.49 | 29,702.81 | 6,973.85 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 62,479.84 | $ 39,804.16 | $ 17,075.20 |

4) This case was originally filed under chapter 7 on 12/28/2006. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2009           By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT PREFERENCE (CHASE) | 1241-000 | 7,602.49 |
| SETTLEMENT PREFERENCE (CAPITAL | 1241-000 | 9,410.00 |
| Post-Petition Interest Deposits | 1270-000 | 62.71 |
| TOTAL GROSS RECEIPTS | | $17,075.20 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 2,457.39 | 2,457.39 | 2,457.39 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 31.32 | 31.32 | 31.32 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| UNGARETTI & HARRIS LLP | 3110-000 | NA | 6,979.00 | 6,979.00 | 6,979.00 |
| UNGARETTI & HARRIS LLP | 3120-000 | NA | 133.64 | 133.64 | 133.64 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,101.35 | $ 10,101.35 | $ 10,101.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | 7100-000 | NA | 9,041.54 | 0.00 | 0.00 |
| CHASE BANK USA, N.A. | 7100-000 | NA | 1,029.21 | 0.00 | 0.00 |
| CHICAGO MUNI. EMP. CREDIT UNION | 7100-000 | NA | 12,604.93 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 354.76 | 354.76 | 354.76 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7200-000 | NA | 29,348.05 | 29,348.05 | 6,619.09 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ NA | $ 52,378.49 | $ 29,702.81 | $ 6,973.85 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

Case No: 06-17255 JBS Judge: JACK B. SCHMETTERER
Case Name: WONG, DANIEL

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c): 12/28/06 (f)
341(a) Meeting Date: 01/25/07
Claims Bar Date: 06/13/07

For Period Ending: 10/14/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE (TOWNHOME) LOCATION: 2229 S. STEWART AVE | 183,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2. MISC. CASH ON HAND | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. CHARTER ONE BANK - CHECKING ACCOUNT | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. WASHINGTON MUTUAL BANK - CHECKING ACCOUNT | 75.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. MISC. HOUSEHOLD GOODS: SOFA, (2) TELEVISIONS, VCR, | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. MISC. BOOKS, PICTURES, (100) CDS, (60) DVDS (DEBTO | 175.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. USED PERSONAL CLOTHING | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. RING | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 9. BICYCLE | 50.00 | 0.00 | DA | 0.00 | 0.00 |
| 10. PENSION / 401(K) WITH EMPLOYER - 100% EXEMPT | 41,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11. POSSIBLE 2006 IRS AND STATE OF ILLINOIS TAX REFUND | 1,800.00 | 0.00 | DA | 0.00 | 0.00 |
| 12. 1999 LEXUS RX 300 (127,000 MILES) | 8,480.00 | 0.00 | DA | 0.00 | 0.00 |
| 13. 1991 TOYOTA CAMRY (157,000 MILES) | 625.00 | 0.00 | DA | 0.00 | 0.00 |
| 14. 1994 DODGE CARAVAN(167,000 MILES) | 510.00 | 0.00 | DA | 0.00 | 0.00 |
| 15. 1975 YAR CRAFT | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 16. FAMILY PET | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 17. SETTLEMENT PREFERENCE (CHASE) (u) | 0.00 | Unknown | | 7,602.49 | FA |
| 18. SETTLEMENT PREFERENCE (CAPITAL ONE) (u) | 0.00 | Unknown | | 9,410.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 62.71 | Unknown |

TOTALS (Excluding Unknown Values) $238,715.00 $0.00 $17,075.20

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 06/30/09

/s/ R. SCOTT ALSTERDA, TRUSTEE
_____ Date: 10/14/09
R. SCOTT ALSTERDA, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-17255 -JBS | | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WONG, DANIEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5197 BofA - Money Market Account |
| Taxpayer ID No: | *******1204 | | | |
| For Period Ending: | 10/14/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/07 | 17 | First USA Bank, N.A.<br>P.O. Box 15062<br>Wilmington, DE 19850 | Settlement Funds (Chase) | 1241-000 | 7,602.49 | | 7,602.49 |
| 09/28/07 | 18 | Capital One Services, Inc.<br>PO Box 85508<br>Richmond, VA 23285-5508 | Settlement Funds (Capital One) | 1241-000 | 9,410.00 | | 17,012.49 |
| 10/31/07 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 9.97 | | 17,022.46 |
| 11/30/07 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 9.09 | | 17,031.55 |
| 12/31/07 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 8.14 | | 17,039.69 |
| 01/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 6.75 | | 17,046.44 |
| 02/29/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.05 | | 17,050.49 |
| 03/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.03 | | 17,054.52 |
| 04/30/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.49 | | 17,058.01 |
| 05/30/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.16 | | 17,060.17 |
| 06/30/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.11 | | 17,062.28 |
| 07/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.17 | | 17,064.45 |
| 08/29/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.16 | | 17,066.61 |
| 09/30/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.11 | | 17,068.72 |
| 10/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.66 | | 17,070.38 |
| 11/28/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.40 | | 17,071.78 |
| 12/31/08 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.86 | | 17,072.64 |
| 01/30/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 17,072.78 |
| 02/27/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 17,072.91 |
| 03/31/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 17,073.06 |
| 04/30/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.37 | | 17,073.43 |
| 05/29/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 17,073.86 |
| 06/30/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.43 | | 17,074.29 |
| 07/31/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 17,074.73 |
| 08/31/09 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.44 | | 17,075.17 |
| 09/03/09 | 19 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 17,075.20 |
| 09/03/09 | | Transfer to Acct #*******5388 | Final Posting Transfer | 9999-000 | | 17,075.20 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 06-17255 -JBS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | WONG, DANIEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5388 BofA - Checking Account |
| Taxpayer ID No: | *******1204 | | |
| For Period Ending: | 10/14/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/09 | | Transfer from Acct #*******5197 | Transfer In From MMA Account | 9999-000 | 17,075.20 | | 17,075.20 |
| 09/03/09 | 003001 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 2,457.39 | 14,617.81 |
| 09/03/09 | 003002 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 31.32 | 14,586.49 |
| 09/03/09 | 003003 | Clerk of The US Bankruptcy Court<br>219 S. Dearborn Street<br>Room 713<br>Chicago, Illinois 60602 | Claim 000008, Payment 100.00000% | 2700-000 | | 250.00 | 14,336.49 |
| 09/03/09 | 003004 | Clerk of The US Bankruptcy Court<br>219 S. Dearborn Street<br>Room 713<br>Chicago, Illinois 60602 | Claim 000009, Payment 100.00000% | 2700-000 | | 250.00 | 14,086.49 |
| 09/03/09 | 003005 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000006, Payment 100.00000% | 3110-000 | | 6,979.00 | 7,107.49 |
| 09/03/09 | 003006 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000007, Payment 100.00000% | 3120-000 | | 133.64 | 6,973.85 |
| 09/03/09 | 003007 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA /<br>HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000004, Payment 100.00000% | 7100-000 | | 354.76 | 6,619.09 |
| 09/03/09 | 003008 | American InfoSource LP as agent for<br>FIA Card Services, NA/Bank of America<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | Claim 000005, Payment 22.55376% | 7200-000 | | 6,619.09 | 0.00 |

Total Of All Accounts    0.00